IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID STEBBINS**                                                            **PLAINTIFF**

**VS.**                         **4:16CV00638-BRW**

**STATE OF ARKANSAS**                                           **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] For the same reasons set out in *Stebbbins v. Hannah, et al.*, No. 4:15-CV-00436-JLH (E.D. Ark.), Plaintiff has failed to state a cause of action for which relief may be granted. Accordingly, his Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) and Motion to Appoint Counsel (Doc. No. 3) are DENIED. This case is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of September, 2016.

                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).